27 P.3d 409

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**June 7, 2001**

| 23289 | Constantino v. State | Affirmed |
|---|---|---|
| 23310, 23319 | Doe (John), In re; Doe (Jane), In re | Affirmed |
| 22923 | State v. Iona | Affirmed |

**June 19, 2001**

| 22563 | Association of Apartment Owners of Kalama Terrace v. Hamilton | Affirmed |
|---|---|---|